UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 302,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNBELT RENTALS, INC.,<br><br>    Defendant. | NO. 4:17-cv-05114-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

On February 20, 2019, the parties filed a stipulation that asks the Court to dismiss the above-captioned action with prejudice and without any award of fees or costs to any party. ECF No. 29.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **accepts** the parties' Stipulation for Dismissal, ECF No. 29.

2. The above-captioned case is **dismissed** with prejudice and without any award of fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 27th day of February 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**